UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAISH MARKOS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

RUSSELL BRANDS, LLC,

Defendant.

Case No. 16-cv-04362

CIVIL CASE [PROPOSED] REVISED DISCOVERY PLAN AND SCHEDULING ORDER

1. Expert Discovery

    a. All expert discovery, including expert depositions shall be completed by February 2, 2018.
    b. Service of Plaintiff expert reports shall be completed by December 1, 2017.
    c. Service of Defendant expert reports shall be completed by January 12, 2018. *No further extensions.*

2. The next conference is scheduled for _____, 2018, at _____ a.m. Pre-motion letters are due two weeks before, with responses one week before.

Dated: 10/18/17

_____
Hon. Cathy Seibel
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-18-17