THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAISH MARKOS, individually on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br>v.<br><br>RUSSELL BRANDS, LLC,<br><br>            Defendant. | Case No.: 7:16-cv-04632 (CS)<br><br>[~~PROPOSED~~] REVISED SCHEDULING ORDER |

Superseding any previous scheduling order(s) in the above-captioned matter:

a. Motions to exclude expert witnesses and briefs in opposition to motions for summary judgment and class certification are to be served (but not filed) on: **July 20, 2018.**

b. Briefs in opposition to motions to exclude expert witnesses, and in reply to opposition to motions for summary judgment and class certification are to be served (but not filed) on: **Sept. 21, 2018.**

c. Briefs in reply to opposition to motions to exclude expert witnesses are to be served <u>and filed</u> (along with all previous motions and responding papers) on: **October 19, 2018.**

White Plains, New York

June   21  , 2018

*Cathy Seibel*
_____
Hon. Cathy Seibel
United States District Judge

The Clerk shall terminate Doc. 59.