UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAISH MARKOS, *individually on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>– against –<br><br>RUSSELL BRANDS, LLC,<br><br>Defendant. | No. 7:16-cv-04362-CS |

**DECLARATION OF JASON SULTZER IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Jason Sultzer, declare as follows:

1. I am an attorney admitted since 1997 to practice in New York, and I am counsel of record for Plaintiff Jaish Markos.

2. I have personal knowledge of the facts stated below. If called upon to do so, I could and would competently testify thereto.

3. I make this declaration in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

4. Attached hereto as **Exhibit 1** is a true and accurate copy of Defendant's Response to Plaintiff's First Set of Interrogatories.

5. Attached hereto as **Exhibit 2** is a true and accurate copy of the transcript of the August 30, 2017, deposition of Paul Sullivan.

6. Attached hereto as **Exhibit 3** is a true and accurate copy of documents bearing Bates numbers Russell_00701 and Russell_00756–Russell_00763, all of which Defendant produced in discovery in this case.

7. Attached hereto as **Exhibit 4** is a true and accurate copy of a PDF containing two

screenshots of a document bearing Bates stamp Russell_00274, which Defendant produced in discovery and has stated is the website shop.spalding.com.

8. Attached hereto as **Exhibit 5** is a true and accurate copy of the transcript of the April 4, 2017, deposition of Plaintiff Jaish Markos.

9. Attached hereto as **Exhibit 6** is a true and accurate copy of the pre-suit letter and draft complaint which Plaintiff's counsel mailed to Defendant on February 5, 2016.

10. Attached hereto as **Exhibit 7** is a true and accurate copy of documents bearing the Bates numbers Russell_07922, Russell_07924, Russell_02167–Russell_02168, and Russell_07826–Russell_07827, all of which Defendant produced in discovery in this case.

11. Attached hereto as **Exhibit 8** is a true and accurate copy of the transcript of the September 13, 2017, deposition of Lynn Smith.

12. Attached hereto as **Exhibit 9** is a true and accurate copy of the August 31, 2017, deposition of Brian Collins.

13. Attached hereto as **Exhibit 10** is a true and accurate copy of the December 1, 2017, i3 Engineering Sciences LLC Independent Test Report, by Jeffrey McFadden.

14. Attached hereto as **Exhibit 11** is a true and accurate copy of the December 1, 2017, Report on Evaluation of Spalding NeverFlat Basketballs by Stuart B. Brown of Veryst Engineering, LLC.

15. Attached hereto as **Exhibit 12** is a true and accurate copy of the transcript of the January 25, 2018, deposition of Stuart B. Brown, Ph.D., on behalf of Veryst Engineering, LLC.

16. Attached hereto as **Exhibit 13** is a true and accurate copy of the transcript of the January 10, 2018, deposition of Jeffrey McFadden on behalf of i3 Engineering Sciences LLC.

17. Attached hereto as **Exhibit 14** is a true and accurate copy of a document bearing

the Bates numbers Russell_00252–Russell_00269, which Defendant produced in discovery in this case.

18. Attached hereto as **Exhibit 15** is a true and accurate copy of a document bearing the Bates numbers Russell_00362–Russell_00363, which Defendant produced in discovery in this case.

19. Attached hereto as **Exhibit 16** is a true and accurate copy of a document bearing the Bates number Russell_07066, which Defendant produced in discovery in this case.

20. Attached hereto as **Exhibit 17** is a true and accurate copy of the December 1, 2017, Declaration of Colin B. Weir.

21. Attached hereto as **Exhibit 18** is a true and accurate copy of a document bearing the Bates numbers Russell_00358–Russell_00361, which Defendant produced in discovery.

22. Attached hereto as **Exhibit 19** is a true and accurate copy of a document bearing the Bates numbers Russell_00282–Russell_00300, which Defendant produced in discovery and which was marked as Exhibit 2 to the deposition of Brian Collins.

23. Attached hereto as **Exhibit 20** is a true and accurate copy of a document bearing the Bates numbers Russell_06812–Russell_06815, which Defendant produced in discovery and which was marked as Exhibit 3 to the deposition of Brian Collins.

24. Attached hereto as **Exhibit 21** is a true and accurate copy of a document bearing the Bates numbers Russell_06809–Russell_06811, which Defendant produced in discovery and which was marked as Exhibit 4 to the deposition of Brian Collins.

25. Attached hereto as **Exhibit 22** is a true and accurate copy of a document bearing the Bates numbers Russell_00027–Russell_00036, which Defendant produced in discovery and which was marked as Exhibit 1 to the deposition of Paul Sullivan.

26. Attached hereto as **Exhibit 23** is a true and accurate copy of Plaintiff's proof of purchase of a Neverflat basketball from Amazon.com LLC on August 23, 2015.

27. Attached hereto as **Exhibit 24** is a true and accurate copy of the transcript of the September 14, 2017, deposition of Angie Doig.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this __20th__ day of July, 2018 at Poughkeepsie, New York.


/s/ Jason P. Sultzer
Jason P. Sultzer, Esq.
The Sultzer Law Group, P.C.
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Phone: (845) 483-7100
Facsimile: (888) 749-7747