**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAISH MARKOS, *individually on behalf of himself and all others similarly situated,* | No. 7:16-cv-04362-CS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| – against – | |
| RUSSELL BRANDS, LLC, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between all parties in the above

entitled action, that pursuant to Fed. R. Civ. P. 41(a)(1)A(ii), this action is discontinued and

dismissed with prejudice, without costs to any party as against the other.  All parties shall bear

their own attorneys' fees and waive all rights of appeal.

Dated: November 12, 2019

| | |
|---|---|
| Jason Sulzer | Michael R. McDonald |
| The Sulzer Law Group, P.C. | Gibbons, P.C. |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| 85 Civic Center Plaza, Suite 200 | One Gateway Center |
| Poughkeepsie, NY 12601 | Newark, New Jersey |
| Tel: 845.483.7100 | Tel: 973.596-4827 |