## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAISH MARKOS, *individually on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>– against –<br><br>RUSSELL BRANDS, LLC,<br><br>Defendant. | No. 7:16-cv-04362-CS<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between all parties in the above entitled action, that pursuant to Fed. R. Civ. P. 41(a)(1)A(ii), this action is discontinued and dismissed with prejudice, without costs to any party as against the other. All parties shall bear their own attorneys' fees and waive all rights of appeal.

Dated: November 12, 2019

| | |
|---|---|
| _____<br>Jason Sultzer<br>The Sultzer Law Group, P.C.<br>*Attorney for Plaintiff*<br>85 Civic Center Plaza, Suite 200<br>Poughkeepsie, NY 12601<br>Tel: 845.483.7100 | _____<br>Michael R. McDonald<br>Gibbons, P.C.<br>*Attorney for Defendants*<br>One Gateway Center<br>Newark, New Jersey<br>Tel: 973.596-4827 |

The Clerk shall close the case.

SO ORDERED.

_____
CATHY SEIBEL, U.S.D.J.          11/12/19